FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 17 2017

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| BARRON CHARLES PIPPINS, JR. | |

Case No. 4:12-cr-00183-03 KGB

USM No. 27137-009

LATRECE GRAY
<br>Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1, 3, 4, 5, 6, 7, and 8  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to undergo a mental health evaluation, as directed by the U.S. Probation Office and undergo mental health treatment as deemed necessary. | 06/09/2015 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8413

Defendant's Year of Birth: 1986

City and State of Defendant's Residence:
Little Rock, Arkansas

08/15/2017
<br>Date of Imposition of Judgment

*Kristine G. Baker*
<br>Signature of Judge

Kristine G. Baker            U.S. District Judge
<br>Name and Title of Judge

August 17, 2017
<br>Date

DEFENDANT: BARRON CHARLES PIPPINS, JR.
CASE NUMBER: 4:12-cr-00183-03 KGB

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | Failure to report to the probation office in a manner and frequency directed by the court or probation officer. | 02/08/2017 |
| 4 | Failure to notify the probation officer ten days prior to any change in residence or employment. | 06/01/2017 |
| 5 | Failure to not unlawfully possess a controlled substance. Failure to refrain from any unlawful use of a controlled substance. Failure to submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter, as determined by the court. | 06/29/2017 |
| 6 | Failure to refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernailia related to any controlled substances, except prescribed by a physician. | 06/29/2017 |
| 7 | Failure to participate, under the guidance and supervision of the probation officers, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. Further, the defendant was to abstain from the use of alcohol throughout the course of treatment. | 06/08/2017 |
| 8 | Failure to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. | 07/03/2017 |

\*\*Defendant denied violation No. 2; however, the government did not wish to put on proof of this violation based on an agreement of the parties.

Judgment — Page 3 of 3

DEFENDANT: BARRON CHARLES PIPPINS, JR.
CASE NUMBER: 4:12-cr-00183-03 KGB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

4 months with no supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant be incarcerated in the Forrest City FCI facility.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL